ORIGINAL
FILED

NOV - 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT    E-filing

COURT FOR THE

NORTHEN DISTRICT OF

CALIFORNIA.

CV 07 ˚ 5679

PLEASE TAKE NOTICE:

This will be an INVENTORY OF series of exabits.

JF (PR)

1.EXABIT. 1-5.

2.EXABIT. 1-4.

3.EXABIT.1-7.

4.EXABIT1-4.
5.EXABIT 1-5.

1

2                      UNITED STATES DISTRICT

3                        COURT FOR THE

4                     NORTHEN DISTRICT OF
                          CALIFORNIA.
5

6        1.EXABIT.

7    I have shown an abundance of evidence that will

8   point out that the ruling that JUDGE WALKER

9     order that I could not be reached.

10      Please look atmy account at the

11        U.S.PS, JOHN STEINBECK STATION

12      SALINAS, C.A. 93902. Also I have receipt of

13      proff that I sent to your department that

14   I used an P.O. BOX of 2790.

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                              1

# U.S. District Court
## California Northern District (San Jose)
### CIVIL DOCKET FOR CASE #: 5:06-cv-05560-JF
#### Internal Use Only

Maldonado v. The Superior Court of San Benito County

Assigned to: Hon. Jeremy Fogel

Cause: 28:1651 Petition for Writ of Habeas Corpus

Date Filed: 09/11/2006
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**
**Carmen Roy Maldonado, Jr.**

represented by **Carmen Roy Maldonado, Jr.**
T 72346
460 California Street, Apt #9
Salinas, CA 93906
**PRO SE**

V.

**Defendant**

**California Department of Corrections**
*AKA-I.G.I.*

**Respondent**

**The Superior Court of San Benito County**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2006 | 1 | PETITION for Writ of Habeas Corpus. Filed by Carmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 9/11/2006) (Entered: 09/14/2006) |
| 09/11/2006 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (gm, COURT STAFF) (Filed on 9/11/2006) (Entered: 09/14/2006) |
| 09/19/2006 | 3 | MOTION for Leave to Proceed in forma pauperis filed by Carmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 9/19/2006) (Entered: 09/21/2006) |
| 12/05/2006 | 4 | Letter from Carmen Roy Maldonado, Jr.. (gm, COURT STAFF) (Filed on 12/5/2006) (Entered: 12/08/2006) |
| 03/01/2007 | 5 | ORDER OF DISMISSAL WITH LEAVE TO AMEND. Signed by Judge |

| | | |
|---|---|---|
| | | Jeremy Fogel on 3/1/07. (jfsec, COURT STAFF) (Filed on 3/1/2007) (Entered: 03/01/2007) |
| 03/01/2007 | ●6 | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERII; GRANTING EXTENSION OF TIME TO FILE IN FORMA PAUPERS APPLICATION OR PAY FILING FEE WITHIN THIRTY DAYS by Judge Jeremy Fogel denying [3] Motion for Leave to Proceed in forma pauperis (jfsec, COURT STAFF) (Filed on 3/1/2007) (Entered: 03/01/2007) |
| 03/09/2007 | ●7 | MOTION for Leave to Proceed in forma pauperis filed by Carmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 3/9/2007) (Entered: 03/13/2007) |
| 03/09/2007 | ●8 | EXHIBIT the Evidence from Superior Court, County of San Benito Court Case CR05-1515 filed by Carmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 3/9/2007) (Entered: 03/13/2007) |
| 03/15/2007 | ●9 | AMENDED PETITION FOR A WRIT OF HABEAS CORPUS against California Department of Corrections. Filed byCarmen Roy Maldonado, Jr. (gm, COURT STAFF) (Filed on 3/15/2007) (Entered: 03/16/2007) |
| 03/15/2007 | ●10 | EXHIBITS re [9] Amended Complaint filed byCarmen Roy Maldonado, Jr. (Related document(s)[9]) (gm, COURT STAFF) (Filed on 3/15/2007) (Entered: 03/16/2007) |
| 05/11/2007 | ●11 | ORDER RE ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES: Case designated for electronic filing. Effective immediately all represented parties will e-file their submissions to the court. Represented parties will be required to serve paper copies by mail on unrepresented parties. Unrepresented litigants will continue to file and serve all submissions to the court in paper form unless prior leave is obtained from the assigned judge. Signed by Chief Judge Vaughn Walker dated 5/11/07. Copy mailed to counsel of record. (gm, COURT STAFF) (Filed on 5/11/2007) (Entered: 05/18/2007) |
| 05/29/2007 | ●12 | Mail Returned as Undeliverable insufficient addres, unable to forward. Mail sent to Carmen Maldonado re Electronic Filing Order from Judge Walker dated 5/11/2007. (bw, COURT STAFF) (Filed on 5/29/2007) (Entered: 05/31/2007) |

**UNITED STATES**
**POSTAL SERVICE**₀

```
COMPUTERIZED FORWARDING SYSTEM
UNITED STATES POSTAL SERVICE
2000 ROYAL OAKS DR FL 2
SACRAMENTO CA 95813-0002
```

Dear  CARMEN ROY MALDONADO JR,

The Postal Service has received a Change-of-Address Order (PS Form 3575) asking us to forward mail **FROM** the following address for:

## CARMEN ROY MALDONADO JR, INDIVIDUAL ONLY

**✳✳✳ PRSRT**

```
CURRENT RESIDENT OR
CARMEN ROY MALDONADO JR
83 S HEBBRON AVE
SALINAS CA 93905-3130
```

The purpose of this letter is to confirm that this request to forward mail is correct.

If this Change-Of-Address Order is for someone who has already moved from this address, no action is needed.

If the information listed above is correct, no action is needed.

If anything is incorrect with the Change-Of-Address order shown above, or if you did not ask the Postal Service to forward your mail, please call 1-800-ASK-USPS (1-800-275-8777).

It is important that we work together to ensure proper mail delivery. The United States Postal Service values you as a customer, and we appreciate the opportunity to serve you.

Si Ud. no habla ingles o no comprende esta carta, favor de llevar esta carta a su oficina local de correo para ayuda.

(If you do not speak English or you do not understand this letter, please take it with you to your local post office for assistance.)

4

Notice: 32-B, July 2000

# P.O. Box Fee Due

## Box or caller fee due by the last day of this month

Boxes will be closed if fee is not paid by due date.

Please disregard if payment has been made.

Please write box number on your check.

☐ Annual

**Box # 2790**    93902
CARMEN ROY MALDONADO JR
6 Months: $20.00    12 Months: $40.00
Due Date:    10/31/2007

Box Number(s) _JF_ _2790_

Amount

---

USPS, JOHN STEINBECK STATION
Salinas, California
9390I26II:
05683703Z3-0094
(800) 275-8777    10:56:49 AM
10/22/2007

Sales Receipt

| Product Description | Qty | Sale Unit Price | Final Unit Price |
|---|---|---|---|

Renew Service    2790    P.O.Box
Name: mal donado,

Period: 6 Months    10/31/2007 - 04/29/2008

Service Fee    $20.00

Total:    $20.00

Paid by:
Cash    $20.00

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000601628877
Clerk: 11

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE
YOUR OPINION COUNTS
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Customer Copy

UNITED STATES DISTRICT

COURT FOR THE

NORTHEN DISTRICT OF

CALIFORNIA.

2. EXABIT.

I will show the print out of were the ruling was
made. Also I will give you an print out of how I
filed to the U.S. DISTRICT COURT that I USED
an P.O. BOX.

1

1  **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2  Name MALDONADO .J.R. CARMEN          ROY
     (Last)              (First)            (Initial)

3

4  Prisoner Number T-72346

5  Institutional Address On parole po. box 2790 Salinas C.A. 93902

6

7  **UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA**

8  CARMEN ROY MALDONADO J.R.
   (Enter the full name of plaintiff in this action.)

9
                  )
                  )
            vs.   )
10 JUDGE STEVEN R. SANDERS THE ACTTING )    Case No. _____
                                      )    (To be provided by the clerk of court)
11 D.A JOHN J. SARSFIED              )
                                      )    **PETITION FOR A WRIT**
12 THE DEPUTY COMMISSONER OF THE     )    **OF HABEAS CORPUS**
                                      )
13 DEPT OF CORRECTIONS OF C.D.C      )
                                      )
14 (Enter the full name of respondent(s) or jailer in this action.) )

15

16

17  **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

18 Name MALDONADO J.R.  CARMEN      ROY
     (Last)            (First)        (Initial)         **ORIGINAL
19                                                        FILED**

20 Prisoner Number T-72346

21 Institutional Address On state parole         MAR 1 5 2007

22                                          RICHARD W. WIEKING
                                            CLERK, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
                                                    SAN JOSE
23  **UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA**
   CARMEN
24 ROY MALDONADO.J.R.
   (Enter the full name of plaintiff in this action.)
25                                    )
                                      )
                                      )
            vs.                       )
26 CALIFORNIA DEPARTMENT OF           )   Case No. _____
                                      )   (To be provided by the clerk of court)
27                                    )
                                      )   **PETITION FOR A WRIT**
28   CORRECTIONS                      )   **OF HABEAS CORPUS**
                                      )
   AKA- I.G.I.                        )
                    2                 )
                                      )









UNITED STATES DISTRICT

COURT FOR THE

NORTHEN DISTRICT OF

CALIFORNIA.

3. EXABIT.

Now the cases on both cases

In re: CALIFORNIA DEPARTMENT OF CORRECTIONS,

AKA I.G.I. and In re: THE SUPERIOR COURT OF SAN

BENITO COUNTY are open cases in which will bring an old

case that had lead into this investigation.

I had left to the JUSTICE DEPT.

in which way the DEFENDANT want to pursue for the

fact that an INQUIRY OF investigation there is an open

criminal case that surrounds these facts that can be

all consolidate togethere that is why in which

way your depart would like to take in which if

one case is reached I will be limited or could not

use the facts that are creditable that surrounds all

these cases.

1

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

280 S. First St., Room 2112
San Jose, CA 95113
(408) 535-5363

September 21, 2006

Carmen Roy Maldonado, Jr.
460 California Street, Apt. 9
Salinas, CA 93906

Dear Mr. Maldonado:

We have received your money orders #08-540272005 in the amount of $5.00 and #08-540272006 in the amount of $5.00; however, we are returning them for the following reason:

**___**     We do not accept "not to exceed" checks.  Please contact the appropriate court personnel for the exact amount to remit.

**___**     Your check is issued in the wrong amount.  The correct amount should be $

**___**     We are unable to determine the purpose of your payment. Please provide the case number, case name and purpose of your payment.

**X**     Other: The money orders are not signed.

Please sign the money orders, and then resubmit them to our office.

Thank you.

Sincerely,

Snooki Puli
Finance Deputy

Enclosures

2

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number _____

Your petition is deficient because:

1. ____ You did not pay the appropriate filing fee of $5.00. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.

2. ____ The In Forma Pauperis Application you submitted is insufficient because:

      ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

      ____ Your In Forma Pauperis Application was not completed in its entirety.

      ____ You did not sign your In Forma Pauperis Application.

      ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

      ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

      ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning:** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be dismissed and the file closed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your petition has been filed as civil case number _____

Your petition is deficient because:

1. _✓___ You did not pay the appropriate filing fee of $5.00.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety.

2. _____ The <u>In Forma Pauperis</u> Application you submitted is insufficient because:

   _____ You did not use the correct form.  You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

   _____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

   _____ You did not sign your <u>In Forma Pauperis</u> Application.

   _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning:**  **If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 4/01

4

**WESTERN UNION | MONEY ORDER**

**INTEGRATED PAYMENT SYSTEMS, INC. - ISSUER**
Greenwood Village, Colorado

08-540272005

AGENT 752299 DATE 091406   5.00
TIME 1917 25
0854027/2005 LOCATION 014295

ISSUERS AGENT
PAY EXACTLY
NOT GOOD OVER $500

## PAY EXACTLY FIVE DOLLARS AND NO CENTS ##################

PAY TO THE ORDER OF _____  PAYMENT FOR/ACCT. # _____

PURCHASER'S ADDRESS _____

Western Union Money Order and Design is a service mark of Western Union Holdings, Inc./Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

⑆102100400⑆  4008540272005⑈

---

**MONEY ORDER RECEIPT - NON NEGOTIABLE**

AGT 752299 LOC 014295 DT 091406 $5.00 ##5DOLLARS AND NO CENTS#

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.
PURCHASE AGREEMENT: You the purchaser agree that Integrated Payment Systems Inc. (IPS) need not stop payment on, or replace, or refund a lost or stolen IPS Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Integrated Payment Systems Inc. in writing immediately, and (3) You provide IPS with this original Money Order receipt issued by Integrated Payment Systems Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.



\* 0 8 5 4 0 2 7 2 0 0 5 \*

---

**WESTERN UNION | MONEY ORDER**

**INTEGRATED PAYMENT SYSTEMS, INC. - ISSUER**
Greenwood Village, Colorado

08-540272006

AGENT 752299 DATE 091406   5.00
TIME 1917 25
0854027/20061 LOCATION 014295

ISSUERS AGENT
PAY EXACTLY
NOT GOOD OVER $500

## PAY EXACTLY FIVE DOLLARS AND NO CENTS ##################

PAY TO THE ORDER OF _____  PAYMENT FOR/ACCT. # _____

PURCHASER'S ADDRESS _____

Western Union Money Order and Design is a service mark of Western Union Holdings, Inc./Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

⑆102100400⑆  4008540272006⑈

---

**MONEY ORDER RECEIPT - NON NEGOTIABLE**

AGT 752299 LOC 014295 DT 091406 $5.00 ##5DOLLARS AND NO CENTS#

5

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.
PURCHASE AGREEMENT: You the purchaser agree that Integrated Payment Systems Inc. (IPS) need not stop payment on, or replace, or refund a lost or stolen IPS Money Order unless (1) you fill in the face of the Money Order at the time of purchase

LOAD THIS DIRECTION, THIS SIDE UP

EQ 697556890 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 93901

Day of Delivery: Next / 2nd / 2nd Del. Day

Postage: $ 14.40

Date Accepted: Mo. 10 Day 3 06 Year

Time Accepted: AM / PM

Scheduled Time of Delivery: Noon / 3 PM

Military: 2nd Day / 3rd Day

Total Postage & Fees: $ 14.40

Flat Rate or Weight: 0 lbs. ozs.

Int'l Alpha Country Code / Acceptance Emp. Initials

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt Mo. Day / Time / AM PM / Employee Signature
Delivery Attempt Mo. Day / Time / AM PM / Employee Signature
Delivery Date Mo. Day / Time / AM PM / Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

**FROM: (PLEASE PRINT)** PHONE (   )

CARMEN LOI MALDONADO JR
960 CALIFORNIA ST APT 9
SALINAS 93901

**TO: (PLEASE PRINT)** PHONE (   )

CLERK U.S. DISTRICT COURT
280 SOUTH FIRST ST RM 2112
SAN JOSE CA 95113-0014

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

---

ER 977 03 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Post Office To Addressee**

**ORIGIN (POSTAL USE ONLY)**

PO ZIP Code: 93901

Date In: 9 18 06

Time In: AM / PM

Weight: 0 lbs. 1 ozs.

No Delivery: Weekend / Holiday

Flat Rate Envelope

Postage: $ 14.40

Return Receipt Fee

COD Fee / Insurance Fee

Total Postage & Fees: $ 14.40

Int'l Alpha Country Code

Acceptance Clerk Initials

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt Mo. Day / Time / AM PM / Employee Signature
Delivery Attempt Mo. Day / Time / AM PM / Employee Signature
Delivery Date Mo. Day / Time / AM PM / Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

NO DELIVERY
Weekend / Holiday

**FROM: (PLEASE PRINT)** PHONE (   )

CARMEN ROI MALDONADO
960 CALIFORNIA ST APT 9
SALINAS CA 93706

**TO: (PLEASE PRINT)** PHONE (   )

U.S. DISTRICT COURT
450 GOLDEN GATE AVE
P.O. BOX 36060
SAN FRANCISCO CA 94102-3650

ZIP + 4

**PICKUP OR TRACKING CALL 1-800-222-1811**
PRESS TO v.usps.com

6

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF
CALIFORNIA

SAN JOSE, CA
55154/5

RECEIVED FROM:
MALDONADO, CARMEN R
460 CALIFORNIA ST. APT. 9
SALINAS, CA 93906

Case Number:
5:06CV5560-JF

F/U/H/O:
Party ID:

Tender Type:        MONEY
                    ORDER

07-006900           $5.00
Habeas

Remarks:#005402728005

Subtotal:           $5.00

Receipt Total:      $5.00
========================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date:      10/3/06
Clerk:          SM

---

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF
CALIFORNIA

SAN JOSE, CA
55154/6

RECEIVED FROM:
MALDONADO, CARMEN R
460 CALIFORNIA APT. 9
SALINAS, CA 93906

Case Number:
5:06CV5561-JF

F/U/B/O:
Party ID:

Tender Type:        MONEY
                    ORDER

07-006900           $5.00
Habeas

Remarks:#005402728006

Subtotal:           $5.00

Receipt Total:      $5.00
========================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

Date:      10/3/06
Clerk:          SM

UNITED STATES DISTRICT

COURT FOR THE

NORTHEN DISTRICT OF

CALIFORNIA.

4. EXABIT.

Ihave proff that I did sent the set amount that the court
had asked of me.

Also I have an copy of an tape of my parole hearing
also the  ATTORNEY INTHE CRINAL has other taps on the
night this crime that took place also the under officer
reports into yhis investigation in which the officer had report
in her reports that I was In part of an drug ring.
That after I had left the residence that after an gang
related shooting had tooken place.

Also due to the on going investigation the state
tryed to make this an gang related case or plot on my
behalf. In which the case ended no where.

1

# CHENOA SUMMERS
## ATTORNEY AT LAW
455 San Benito Street #24
Hollister, CA 95023
(831) 637-9723

January 3, 2006

Carmen Roy Maldonado, Jr.
CDC No. T-72346
San Quentin Prison
San Quentin, CA 93964

Re: San Benito County Superior Court Case No. CR-05-01515

Dear Carmen:

Please find enclosed a copy of the Proceedings Disposition Notice from the above
referenced matter. As you can see from such notice your case has been dismissed in the
interest of justice.

I wish you well.

Sincerely,

Chenoa Summers, Esq.

Enc.

EXBIT.4. 1of1

January 25, 2005
Page 4

California prison and parole systems. However, you have the right and ability to advocate for yourself.

### Challenging the Reason for Your Parole Hold:

If you have not had a revocation hearing yet, and believe you should not be in custody because the charges are wrong, or for some other reason, you can appeal your parole hold on a CDC 602 form (green form). You have a right to appeal the reasons for your parole hold even before you have a revocation hearing. (This is in Title 15, Section 2604.) APPEAL PAROLE HOLD.

### Challenging a Delay in Your Revocation Process:

If you have not had a revocation hearing yet, and believe you have been waiting too long for the hearing, you may want to challenge the delay in your individual case, by filing a "habeas corpus" petition. We have enclosed a manual that explains how to file a habeas petition, including the necessary form.

If you file a habeas petition, you should ask the court to appoint a lawyer to represent you in the habeas proceeding, pursuant to California Rules of Court, Rule 4.551. However, it is very likely that your revocation case will be processed by the BPT before the court can rule on your habeas petition, and that your petition will be dismissed as moot.

When you get to your revocation hearing, be sure to tell the Deputy Commissioner that you want the charges dismissed because you were hurt by the delay. Tell the Deputy Commissioner why the delay hurt your case. For example, if witnesses became unavailable, or if they forgot some of the details of what happened, tell the Deputy Commissioner about these problems and how they hurt your case.

### Challenging the Results of Your Revocation Hearing:

The BPT has gotten rid of its administrative appeal system (BPT 1040) for all parole decisions on or after May 1, 2004.

If you want to challenge a BPT decision about parole revocation, grant or denial of parole, attorney appointment for hearings, or due process ("discretionary decisions"), you can go straight to court to challenge the decision, by filing a habeas corpus petition, without having to file an administrative appeal first. We have enclosed a manual that explains how to file a habeas petition, including the necessary form.

If you want the BPT to fix a clerical mistake, or a mistake about mandatory discharge, credit eligibility during revocation terms, or other rules of law ("non-discretionary decisions") you should write a letter to:

Board of Prison Terms
Quality Control Unit
1515 "K" Street, 6th Floor
Sacramento, CA 95814.

STATE OF CALIFORNIA
**CHARGE SHEET/REVOCATION TRACKING/SCHEDULING REQUEST**
CDC 1676 (4/91)

**PRIORITY**

DISTRIBUTION:    DEPARTMENT OF CORRECTIONS
ORIGINAL - BOARD REPORT
1st COPY - R.H.C.

**REPORT TO:**  ☒ **BOARD OF PRISON TERMS**
☐ **NARCOTIC ADDICT EVALUATION AUTHORITY**

2ND COPY - H.A.
3RD COPY - PAROLEE
4TH COPY - U.S.

| CDC NUMBER | NAME (LAST, FIRST, MI) | | NAME BOOKED AS | REGION/UNIT | CSTCU - ST | |
|---|---|---|---|---|---|---|
| T72346 | Maldonado, Carmen | | Same | II/ Salinas I | ☐ YES ☒ NO | |

| ARREST DATE | ARRESTING AGENCY | BPT REFERRALS | | BOOKING NUMBER AND/OR LOCATION |
|---|---|---|---|---|
| 9/9/05 | Hollister PD | ☒ MANDATORY | ☐ NON-MANDATORY | 100830/ San Benito Co. Jail |

| ARREST CODE * | * ARREST CODES: | | |
|---|---|---|---|
| B | A  P&CSD STAFF ALONE<br>AB  P&CSD ASSISTED BY LAW ENFORCEMENT AGENCY | B  LAW ENFORCEMENT AGENCY ALONE<br>D  LAW ENFORCEMENT AGENCY WITH INFORMATION FROM P&CSD | |

| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE |
|---|---|---|---|---|---|---|
| 9/9/05 | 9/9/05 | | A. Beck | 1/8/08 | 4/27/06 | ☐ |

| CHARGES AND CODES | CHARGES AND CODES |
|---|---|
| 1.  Cond. 4: Under the Influence of Methamphetamine (780) | 4.  Cond. 4: Vandalism/ Malicious Mischief (972) |
| 2.  Cond. 4: Attempted Carjacking (991) | 5. |
| 3.  Cond. 4: Possession of a Firearm (825) | 6.  RECEIVED |

| REASON FOR RETAINING PAROLE HOLD:  PAROLEE DANGER TO: | DATE COPY SENT TO PAROLEE | INITIALS OF PERSON SENDING |
|---|---|---|
| ☐ ABSCOND ☒ SELF ☒ PROPERTY-OTHERS ☒ SAFETY-OTHERS | SEP 21 2005 | |

**Supporting Evidence:**  SR-DRU

**Charges 1, 2 & 3:** On 9/9/05, Hollister Police Officers responded to a report of a possible carjacking. They were advised the suspect was seen trying to get inside of vehicles that were stopped at an intersection. The suspect was described as a Hispanic male, heavy set, wearing a dark baseball hat, a white polo shirt and baggy jeans. Once on scene, county communications advised that the suspect was calling from the rear unit of a house in Hollister. The suspect admitted he had tried to carjack someone at the intersection in question and further stated he had a loaded .45 caliber handgun in his possession. The suspect was advised to put the gun down and step out onto the sidewalk with his hands up. As the officers approached the area on foot, they observed a subject matching the above description. Maldonado was asked where he left the gun and he stated he threw it over the fence. A search was made to find the gun but it could not be located. While speaking with Maldonado, the officers noted he displayed the objective symptoms of someone under the influence of a stimulant. Maldonado was dripping with sweat on a cold night and was only wearing a single shirt, he had significantly dilated pupils, he continued to smack his lips and appeared to have dry mouth, lack of concentration and restless and anxious behavior. Maldonado was placed in custody and was instructed to sit in the back of the patrol car and he refused. After several instructions to sit, he complied.  Once in the back, he began to kick violently at the side window. After Maldonado arrived at the jail, he immediately took a fighting stance by flexing his arms and clenching his fists. He refused several instructions to sit on the bench in the booking area. Due to Maldonado's aggressive behavior and erratic movements, he was escorted to the safety cell. After being secured in the cell he began to scream in several frequencies. The officer was unable to complete his field sobriety tests and they were unable to obtain a blood sample due to Maldonado's combative behavior.

**Parolee's Statement:** Maldonado stated there was no gun and he wasn't under the influence. He wanted to know when his hold was going to be lifted.

**Attachments:** Hollister Police report, case# HG0503508.

**Witnesses:** Hollister Police Officer Dorman

**Court Information:** Maldonado has a court date of 9/20/05 on case# CR0501515.

*EXBIT. 2.*



PAROLEE'S NAME

UNITED STATES DISTRICT

COURT FOR THE

NORTHEN DISTRICT OF

CALIFORNIA.

5.EXABIT.

Here are some letters that I had sent to other offices

that surrounded this case.



THE STATE OF CALIFORNIA
STATE BOARD
OF
CONTROL
P.O. BOX 3035
SACRAMENTO CA
95812-3035

Jose Maldonado Jr. T-78346
Mariana ST
S Co 93706

OFFICE OF THE CHIEF TRIAL
COUNSEL/INTAKE
STATE BAR OF CALIFORNIA
1149 SOUTH HILL ST
Los Angeles CA 90015-2299

Greetings

Sir my name is Carmen Roy Maldonado jr. F-72346.
D.O.B. 11-7-75. I have Two judges of Two    Different countys
I want to see if my claims   towards your own office to
see if an federal or state investigation can take place
To these officers backrounds due to these officers handling
State or Judging or blanking the moral Judgement
for the people of california due to the aand investigation
into my case and a corruption into the people not holding
me by a jury trial did not wish to to further the set
rules of court

The 1st District of Appeals denied my Appeal but I will
know the next steps of appeals to see if these Judges
acted out of order as an officer of court
if your office find not want to investigate This matter
please send me the proper terms for me to file
so your office and union can be aware
The governors and c.d.c. office is aware
and the state bar of california as well

With That send I
now excuse my self

6-5-06

of your branch find. This claim True and
correct please send me more forms
at This point in Time I am trying to repeal
This criminal case but a cover officers do not
wish to come forward due to my past run ins
with some officers in the past or their
investigation may be effect by my Trial
with that said I now excuse my
self

Carmen Roy wankovich jr 5-5-06

Greetings

In the people of the state of california
v. carmen del maldonado jr. CR-05-01515
were unsolved crime and state and federal
investigation agents were involved into
the "new road police murder and into
were agents were involved to cover up an gang related
plot or shooting into a person or house
my attorney as well a trial judge wished not
to trial this case I Toliled and asked the court
not to drop my criminal case were misconduct was
involved she her self has contributed in the investigation
as well once your branch of investigation has completed
your own findings in this case and other terms you
to be completed please send them to me
all not claims are true and correct

I know the law under conduct of professional
act of civil law but if an attorney acts in behalf
as an federal and state investigator

under the federal and county and state law attorney
for attorney to give up its source to avo id
any wrong doing in a state court injury or a
state or federal grand jury

I asked the court and her not to drop my case
and the investigation into this matter instead she
was the judge dropped my bail and had me sent off to
prison and had my case without me
present and dropped my case without me
knowing I turn down all deals and my wish was
to stand trial, my the 367 county of the peace

# THE STATE BAR OF CALIFORNIA

## COMPLAINT FORM
### Read reverse side before filing in this form.

Date _5-5-06_

(1) Your name and address _CARMEN ROY MALDONADO JR  T-72346_
_460 California ST  Salinas  CA 93906_

(2) Telephone number: Residence _____ Work _____

(3) The name, address and telephone number of the attorney being complained about. (See note below.)
_ANY    JUDGE AND AN ATTORNEY_
_Chenoa Summers Attorney at law 455 San Benito ST #24_
_HOLLISTER, CA 93967_

(4) Have you or a member of your family complained about this attorney previously?
Yes _____ No _✓_ If yes, please state to whom the previous complaint was made, its approximate date and disposition.

(5) Did you employ the attorney? Answer yes or no and, if "yes," give the approximate date you employed him or them and the amount, if any, paid to him.
_NO THE  JUDGE  of THAT County APPOINTED HER  I WANTED to GO PRO-PRE_

(6) If your answer to 5 above is "no," what is your connection with the attorney? Explain briefly.
_NOTHING I NEVER MEET HER OR SHE NEVER HAD HANDLED ANY OF MY_
_CRIMINAL CASE_

(7) Write out on a separate piece of paper and send with this form a statement of what the attorney did or did not do that you are complaining about. Please state the facts as you understand them. Do not include opinions or arguments. If you employed the attorney, state what you employed him to do. Sign and date such separate piece of paper. Further information may be requested. (Attach copies of pertaining documents.)

(8) If your complaint is about a law suit, answer the following, if known:
(a) Name of court (For example, Superior Court or Municipal - in what county)
_THE STATE OF CALIFORNIA_
_OF THE COUNTY OF SAN BENITO COUNTY #CR-05-01515_
(b) Title of the suit (For example, Smith against Jones). _Appeals of 1ST District #A113956  Writ H06-006-76_

(c) Number of the suit _____

(d) Approximate date the suit was filed _____

(e) If you are not a party to this suit, what is your connection with it? Explain briefly.

(9) Size of law firm complained about (*)
1 Attorney _____ 2 - 10 Attorneys _____ 11 + Attorneys _____ Don't know _____ Govt Attorney _____

NOTE: If you are complaining about more than one attorney, write out the information about each in answer to questions 3 through 8 above on separate sheets if necessary.

Mail to:
Office of the Chief Trial Counsel/Intake
State Bar of California
1149 South Hill Street
Los Angeles, California 90015-2299

(*) Section 6095.1 of the Business and Professions Code mandates that the State Bar compile statistics concerning the size of the attorneys law firm - solo practitioner, small law firm (2-10 attorneys) and large law firm (11 + attorneys).

Signature: _____

6

Rev 8/00