1  CARMEN ROY MALDONADO
2  PO.BOX. 2790
3  SALINAS, C.A. 93902
4    In pro-per

FILED
07 NOV -8 PM 2:45

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARMEN ROY MALDONADO J.R.                )
                                         )  CV 07    5679
           Plaintiff,                    )  CASE NO. _____
                                         )
     vs. THE SUPERIOR COURT OF           )  APPLICATION TO PROCEED
SAN BENITO COUTY AND C.D.C               )  IN FORMA PAUPERIS        JF
ON A CIVIL AND       Defendant.          )  (Non-prisoner cases only)
CRIMINAL APPEAL                          )                           (PR)

I, CARMEN ROY MALDONADO J.R., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____              - 1 -

1 | wages per month which you received.

2 | _____

3 | _____

4 | _____

5  2. Have you received, within the past twelve (12) months, any money from any of the following

6  sources:

7    a.    Business, Profession or    Yes ____ No _X_

8          self employment

9    b.    Income from stocks, bonds,    Yes ____ No _X_

10         or royalties?

11    c.    Rent payments?    Yes ____ No _X_

12    d.    Pensions, annuities, or    Yes ____ No _X_

13         life insurance payments?

14    e.    Federal or State welfare payments,    Yes ____ No _X_

15         Social Security or other govern-

16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.    Are you married?    Yes ____ No _X_

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.    a.    List amount you contribute to your spouse's support:$ _____

27    b.    List the persons other than your spouse who are dependent upon you for support and

28         indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____    - 2 -

1           list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

2  _____

3  _____

4  5.    Do you own or are you buying a home?        Yes ___  No _X_

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.    Do you own an automobile?                    Yes ___  No _X_

7  Make _____ Year _____ Model _____

8  Is it financed? Yes _____ No _____ If so, Total due: $ _____

9  Monthly Payment: $ _____

10 7.    Do you have a bank account?  Yes ____ No _X_ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _____

12 _____

13 Present balance(s): $ _____

14 Do you own any cash?  Yes ___ No ___ Amount: $ _____

15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market

16 value.)  Yes ___ No _X_

17 _____

18 8.    What are your monthly expenses?

19 Rent: $ _150.00_                     Utilities: _$ 150.00_

20 Food: $ _100.00_                     Clothing: _$ 50.00_

21 Charge Accounts:   0.

22 Name of Account          Monthly Payment              Total Owed on This Account

23 ____0.____           $ _____0._____          $ _____0._____

24 _____           $ _____          $ _____

25 _____           $ _____          $ _____

26 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they

27 are payable.  Do not include account numbers.)

28 _____

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____                - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes _x_ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. UNITED STATES DISTRICT COURT FOR CALIFORNIA. CARMEN ROY MALDONADO J.R. VS THE DEPT OF CORRECTIONS OF CALIFORNIA AKA C.D.C.   I.G.I c-06-5561

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-7-07  
DATE

*[signature: Carmen Roy Maldonado Jr.]*  
SIGNATURE OF APPLICANT