NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMEN ROY MALDONADO, JR., | ) | No. C 07-5679 JF (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| JUDGE STEVEN R. SANDERS, et al., | ) | |
| Respondents. | ) | (Docket No. 3) |

Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed an incomplete motion to proceed in forma pauperis on November 8, 2007. On November 16, 2007, this Court sent a notification to Petitioner that his in forma pauperis application was incomplete because he failed to submit a certificate of funds from his prisoner account and a trust account statement showing transactions for the prior six months. The Court provided a copy of the correct form for application to proceed in forma pauperis, instructions, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the completed application within thirty days. As of the date of this order, Petitioner has not responded.

///

///

Order of Dismissal
P:\pro-se\sj.jf\hc.07\Maldonado679disifp        1

1  Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or
2  file a completed in forma pauperis application.  Petitioner's incomplete motion to proceed
3  in forma pauperis (docket no. 3) is DENIED.  The Clerk shall terminate any pending
4  motions and close the file.
5      IT IS SO ORDERED.
6  DATED:  2/1/08

   _____
7  JEREMY FOGEL
   United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order of Dismissal
P:\pro-se\sj.jf\hc.07\Maldonado679disifp          2

1  A copy of this ruling was mailed to the following:

2

Carmen Roy Maldonado, Jr.
3  T-72346
P.O. Box 2790
4  Salinas, CA 93902

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
P:\pro-se\sj.jf\hc.07\Maldonado679disifp          3