NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMEN ROY MALDONADO, JR., | ) | No. C 07-5679 JF (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| JUDGE STEVEN R. SANDERS, et al., | ) | |
| Respondents. | ) | |

The Court has dismissed the instant habeas action without prejudice for Petitioner's failure to pay the filing fee or file a completed in forma pauperis application. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:   2/1/08

_____
JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\Maldonado679jud                    1

1  A copy of this ruling was mailed to the following:

2

3  Carmen Roy Maldonado, Jr.
   T-72346
   P.O. Box 2790
4  Salinas, CA 93902

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28