
NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMEN ROY MALDONADO, JR., | ) | No. C 07-05679 JF (PR) |
| Petitioner, | ) ) | ORDER ADDRESSING NOTICE OF APPEAL |
| vs. | ) ) | |
| JUDGE STEVEN R. SANDERS, et al., | ) ) | |
| Respondents. | ) ) | |

On February 4, 2008, the Court dismissed the instant habeas action without prejudice for Petitioner's failure to pay the filing fee or file a completed <u>in forma pauperis</u> application. On March 4, 2008, Petitioner filed a notice of appeal. Since the matter was dismissed without prejudice, the Court will construe the notice of appeal as a motion for reconsideration under Federal Rule of Civil Procedure 60(b)(6).

In the interest of justice, Petitioner is granted **thirty (30) days** from the date this order is filed to either pay the full $5.00 filing fee or file a complete <u>in forma pauperis</u> application. Petitioner is warned that an application will be deficient if it does not include a Certificate of Funds in Prisoner's Account *completed and signed by an authorized officer at the prison* and a copy of Petitioner's prisoner trust account statement showing transactions for the last six months.

1  The Court will order the action reopened upon receiving proof that the filing fee
2  has been paid or Petitioner filing a complete <u>in</u> <u>forma</u> <u>pauperis</u> application in the time
3  provided.
4  The clerk shall enclose two copies of the court's <u>In</u> <u>Forma</u> <u>Pauperis</u> Application
5  with a copy of this order to Petitioner.
6  IT IS SO ORDERED.
7  DATED: __10/22/09_____
                                            JEREMY FOGEL
8                                           United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARMEN ROY MALDONADO JR,

        Petitioner,

v.

STEVEN R SANDERS, et al.,

        Respondents.
                                                              /

Case Number: CV07-05679 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   11/4/09  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carmen Roy Maldonado T-72346
PO Box 2790
Salinas, CA 93902

Dated:   11/4/09

                                            Richard W. Wieking, Clerk